IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JAYME ORTIZ,

        Plaintiff,

        v.                                      Cause No. 24-CV-00876-KG-GBW

SFM, LLC,

        Defendant.

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER having come before the Court pursuant to the Joint Motion for Dismissal with Prejudice on the grounds that all matters in controversy have been fully settled and compromised, and the Court having been fully advised of the circumstances and having further determined that an order of Dismissal with Prejudice should be granted.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that the Complaint of the Plaintiff Jayme Ortiz and all claims brought by Plaintiff and causes of action therein against the Defendant SFM, LLC are hereby dismissed with prejudice.

                                                /s/ KENNETH J. GONZALES[1]
                                                CHIEF UNITED STATES DISTRICT JUDGE

---

[1] Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the court's PACER public access system.

AGREED BY AND ENTITLED TO NOTICE:

**DASPIT LAW FIRM**
*Approved via email on 06/03/25 by:*
Luke M. Hartwick, Esq.
124 W. Capitol Ave., Ste. 1820
Little Rock, AR 72201
Telephone: 501-512-0367
Email: LHartwick@DaspitLaw.com
Email: E-Service@DaspitLaw.com
*Attorneys for Plaintiff*

*and*

**HALL & EVANS, LLC**
*Approved and submitted by:*
Stanley James Cassavant
125 Lincoln Avenue, Suite 225
Santa Fe, NM 87501
Telephone: (505) 523-4398
Email: CassavantS@HallEvans.com
*Attorneys for Defendant*